UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 4:25-cr-6 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| GLEN ALLEN SMITH | ) | Magistrate Judge Dumitru |

## ORDER

U.S. Magistrate Judge Michael J. Dumitru filed a Report and Recommendation [Doc. 23] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the Indictment; (2) accept Defendant's guilty plea to Count One of the Indictment; (3) adjudicate Defendant guilty of Count One: possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1); (4) defer a decision on whether to accept the plea agreement [Doc. 18] until sentencing; and (5) order that Defendant remain in custody pending sentencing or further order of the Court.

No party has objected to the Report and Recommendation, and the time for doing so has since passed. The Court has reviewed the record and agrees with Magistrate Judge Dumitru's well-reasoned conclusions. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Report and Recommendation [Doc. 23] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count One: possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1);

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

1

5. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter, which is scheduled to take place on **November 6, 2025, at 10:00 a.m. E.T.**

**SO ORDERED.**

                                            */s/ Charles E. Atchley, Jr.*
                                            **CHARLES E. ATCHLEY, JR.**
                                            **UNITED STATES DISTRICT JUDGE**